McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SMITH,<br><br>         Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>         Defendant. | CIV-S-04-1915 KJM<br><br>ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

Good cause appearing, <u>Smith v. Barnhart</u>, Civ-S-04-1915 KJM, is hereby REMANDED pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the stipulation of the parties. The prior administrative decision relative to the claim herein is vacated. The Clerk is directed to enter Judgment.

    SO ORDERED.

DATED: May 9, 2005.

_____
UNITED STATES MAGISTRATE JUDGE